UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALOYSIUS P. FRANKLIN,<br><br>    Plaintiff,<br><br>    v.<br><br>STOCKTON MEDICAL DOCTOR "DOE," et al.,<br><br>    Defendants. | No. 2:18-cv-0943 MCE KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel. On July 5, 2018, plaintiff's complaint was dismissed, and plaintiff was granted leave to file an amended complaint, and provided a "Notice of Amendment" form to complete and return to the court along with the proposed amended complaint. However, on July 16, 2018, plaintiff filed the "Notice of Amendment" form, but failed to submit his proposed amended complaint. In an abundance of caution, plaintiff is granted twenty-one days in which to file an amended complaint that complies with the July 5, 2018 order. Plaintiff is cautioned that failure to file an amended complaint will result in the dismissal of this action.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that within twenty-one days from the date of this order, plaintiff shall file an amended complaint that complies with the July 5, 2018 order.

Dated: July 18, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/fran0943.eot