UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALOYSIUS P. FRANKLIN, | No. 2:18-cv-0943 MCE KJN P |
| Plaintiff, | |
| v. | ORDER |
| CHCF STOCKTON MEDICAL DOCTOR, et al., | |
| Defendants. | |

Plaintiff filed a motion for extension of time to comply with the November 8, 2018 order and findings and recommendations. Good cause appearing, plaintiff's motion is granted. In light of this extension, the December 18, 2018 findings and recommendations are vacated. IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 18) is granted;

2. Plaintiff is granted thirty days from the date of this order in which to comply with the court's November 8, 2018 order and findings and recommendations; and

3. The December 18, 2018 findings and recommendations (ECF No. 17) are vacated.

Dated: January 2, 2019

fran0943.36

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE